J-S18039-22
J-S18040-22

| IN THE INTEREST OF: A.A., A MINOR | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|---|
| | : | |
| | : | |
| | : | |
| | : | |
| APPEAL OF: E.A., JR., FATHER | : | No. 201 MDA 2022 |

Appeal from the Order Entered January 13, 2022
In the Court of Common Pleas of York County Juvenile Division at No(s):
CP-67-DP-0000295-2021

| IN THE INTEREST OF: E.A., III, A MINOR | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|---|
| | : | |
| | : | |
| | : | |
| | : | |
| APPEAL OF: E.A., JR., FATHER | : | No. 202 MDA 2022 |

Appeal from the Order Entered January 13, 2022
In the Court of Common Pleas of York County Juvenile Division at No(s):
CP-67-DP-0000190-2020

| IN THE INTEREST OF: B.W., A MINOR | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|---|
| | : | |
| | : | |
| | : | |
| | : | |
| APPEAL OF: E.A., JR., FATHER | : | No. 203 MDA 2022 |

Appeal from the Order Entered January 13, 2022
In the Court of Common Pleas of York County Juvenile Division at No(s):
CP-67-DP-0000191-2020

| IN THE INTEREST OF: E.A., A MINOR | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|---|
| | : | |
| | : | |
| | : | |
| APPEAL OF: E.A., JR., FATHER | : | No. 204 MDA 2022 |

Appeal from the Order Entered January 13, 2022
In the Court of Common Pleas of York County Juvenile Division at No(s):
CP-67-DP-0000188-2020

J-S18039-22
J-S18040-22

| IN THE INTEREST OF: R.A., A MINOR | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|---|
| | : | |
| | : | |
| | : | |
| | : | |
| APPEAL OF: E.A., JR., FATHER | : | No. 205 MDA 2022 |

Appeal from the Order Entered January 13, 2022
In the Court of Common Pleas of York County Juvenile Division at No(s):
CP-67-DP-0000189-2020

| IN THE INTEREST OF: E.A., A MINOR | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|---|
| | : | |
| | : | |
| | : | |
| APPEAL OF: T.W.A., MOTHER | : | |
| | | No. 295 MDA 2022 |

Appeal from the Order Entered January 13, 2022
In the Court of Common Pleas of York County Juvenile Division at No(s):
CP-67-DP-0000188-2020

| IN THE INTEREST OF: A.A., A MINOR | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|---|
| | : | |
| | : | |
| | : | |
| | : | |
| APPEAL OF: T.W.A., MOTHER | : | No. 296 MDA 2022 |

Appeal from the Order Entered January 13, 2022
In the Court of Common Pleas of York County Juvenile Division at No(s):
CP-67-DP-0000295-2021

| IN THE INTEREST OF: B.W., A MINOR | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|---|
| | : | |
| | : | |
| | : | |
| | : | |
| APPEAL OF: T.W.A., MOTHER | : | No. 297 MDA 2022 |

Appeal from the Order Entered January 13, 2022
In the Court of Common Pleas of York County Juvenile Division at No(s):
CP-67-DP-0000191-2020

J-S18039-22
J-S18040-22

| | | |
|---|---|---|
| IN THE INTEREST OF: R.A., A MINOR | : : : : : : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| APPEAL OF: T.W.A., MOTHER | : | No. 298 MDA 2022 |

Appeal from the Order Entered January 13, 2022
In the Court of Common Pleas of York County Juvenile Division at No(s):
CP-67-DP-0000189-2020

| | | |
|---|---|---|
| IN THE INTEREST OF: E.A., III, A MINOR | : : : : : : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| APPEAL OF: T.W.A., MOTHER | : | No. 299 MDA 2022 |

Appeal from the Order Entered January 13, 2022
In the Court of Common Pleas of York County Juvenile Division at No(s):
CP-67-DP-0000190-2020

BEFORE:   BENDER, P.J.E., McLAUGHLIN, J., and McCAFFERY, J.

JUDGMENT ORDER BY: McCAFFERY, J.:        **FILED:  DECEMBER 28, 2023**

We address together the appeals of E.A., Jr. (Father) and T.W.A., (Mother) (collectively, the Parents) from the orders entered January 13, 2022, in the York County Court of Common Pleas, Juvenile Division, which changed the permanency goals for their five children — B.W. (born in May of 2014), E.A., III (Ed.A.) (June of 2015), R.A. (June of 2018), E.A. (El.A.[1]) (August of 2019), and A.A. (June of 2021) (collectively, the Children) — from reunification to adoption.

---

[1] As two children have the initials, "E.A.," we will refer to E.A., III, as "Ed.A." and E.A. as "El.A."

- 3 -

As stated above, on January 13, 2022, the trial court changed the permanency goals for all five Children from reunification to adoption. Parents took these appeals, but while they were pending, the trial court terminated both Parents' parental rights to all five Children. Parents appealed from those orders, and accordingly, on October 12, 2022, this panel issued one order staying the instant appeals. We hereby lift those appeals.

Meanwhile, on December 14, 2023, another panel of this Court affirmed the termination of both Parents' rights, at Superior Court Dockets 683 through 687 MDA 2022 (Father) and 755 through 759 MDA 2022 (Mother).[2]

We note, the Superior Court's subsequent decision to affirm an "orphans' court's termination decree necessarily renders moot the dependency court's decision to change [the c]hild's goal to adoption." *In re Adoption of A.H.*, 247 A.3d 439, 446 (Pa. Super. 2020), *appeal denied*, 258 A.3d 1144 (Pa. 2021). Accordingly, we are constrained to conclude the instant appeals, taken from the goal change orders, are moot.

Stays entered October 12, 2022, lifted. Appeals dismissed as moot.

_____

[2] On the same day, December 14, 2023, this Court also affirmed the termination orders at two additional appeals, taken by legal counsel for two of the children, at 740 MDA 2022 (El. A.) and 740 MDA 2022 (R.M.A.). This author filed dissenting memoranda and a dissenting statement at the termination appeals.

J-S18039-22
J-S18040-22

Judgment Entered.

Benjamin D. Kohler, Esq.
Prothonotary

Date: 12/28/2023

- 5 -